

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-01026-CV

ENSIGN SERVICES, LLC (F/K/A FE SERVICES, L.L.C.), FE SERVICES
HOLDINGS, INC. AND JAMES STEWART, Appellants

V.

MARC JAN LEVESCONTE, Appellee

Appeal from the 333rd District Court of Harris County.  (Tr. Ct. No. 2009-04966).

After due consideration, the Court **grants** appellants Ensign Services, LLC (F/K/A FE Services, L.L.C.), FE Services Holdings, Inc. and James Stewart and appellee Marc Jan Levesconte's joint motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellants, Ensign Services, LLC (F/K/A FE Services, L.L.C.), FE Services Holdings, Inc. and James Stewart, jointly and severally, pay one half of the appellate costs.  The Court **orders** that the appellee, Marc Jan Levesconte, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 8, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.